# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN RE:

LINDA WARD-HOOPER,   CASE NO:   09-57127
 CHAPTER:   13
 JUDGE:   Rhodes

    **Debtor**    /

    **Plaintiff,**

v.   Adv Proc. No. 09-

FRANKLIN CREDIT MANAGEMENT CORP.,

    **Defendant.**    /

## COMPLAINT TO AVOID SECURITY INTERESTS IN REAL PROPERTY

**NOW COMES** Plaintiff, by and through her attorney, Christopher E. Frank of the Bankruptcy Management Group, states the following Complaint:

1. Plaintiff brings this complaint pursuant to 11 U.S.C. § 506, and submit themselves to jurisdiction of this Court through Fed. R. Bankr. P. §7001 and § 7004

2. Debtor filed a Voluntary Chapter 13 with this court on or about May 30, 2009.

3. That the Debtor holds two separate mortgages on her principal residence located at 6224 Kilgour Street, Marlette, MI 48453, legally described as follows:
LOT 17, BLK 1, MCGUNEGLE SUB.

4. The property has a value of approximately $80,000.00 according to Debtors' Schedules and/or market analysis of the homes in the near area.

5. That the first mortgage is held by Homecomings Financial which the principal amount owed is approximately $106.222.56.

6. That the second mortgage is held by Franklin Credit Management Corp. which the principal amount owed is approximately $26,780.29.

7. The Debtor is entitled to avoid the claimed security interest of Franklin Credit Management Corp. in the Debtors' property for the amount of $26,780.29 under the provisions of 11 U.S.C. 506, as this Defendant's lien is not an "allowed secured claim" as defined by the Code and applicable case law.

8. Therefore, Defendant does not have a valid lien or security interest in Debtor's residence and is, instead, a General Unsecured Creditor whose claim will be paid as a Class 8 creditor.

WHEREFORE, Debtor prays this Honorable Court grant Debtor's requested relief to Avoid Security Interest and Lien in Property, or for such other relief as this Court deems just.

Respectfully submitted,

/S/ Christopher E. Frank
Christopher E. Frank (P67169)
Attorney for Debtors/Plaintiffs
117 W. 4th Street, Suite 201
Royal Oak, MI 48067
(248) 677-7445
cfrank@bankruptcymangementgroup.com

Dated: June 1, 2009