UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 |
| | CASE NO. 09-57127-SWR |
| LINDA SUZANNE WARD-HOOPER, | JUDGE STEVEN W RHODES |
| Debtor. | |
| _____/ | |

### TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES** the Chapter 13 Trustee, Krispen S. Carroll, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E. D. Mich. LBR 3015-3(a) as follows:

1. Trustee objects to debtor's failure to complete Part 3 of the Bankruptcy Petition Coversheet.

2. Trustee questions the 2016(b) Statement indicting attorney shall receive $220.00 per hour.

3. Trustee requires an update as to the status of debtor's negotiation of reduced lease for business at confirmation.

4. As debtor is behind in sales taxes and past sales and expenses, Trustee questions the feasibility of debtor's Chapter 13 Plan pursuant to 11 U.S.C. § 1325(a)(6).

5. Trustee requires a copy of the monthly profit and loss statements for 2008 and 2009 for debtor's business income and expenses.

6. Based upon Trustee's calculations, debtor's Plan is underfunded and infeasible.

7. The Trustee objects to debtor's(s') failure to respond to paragraph 14 of the Statement of Financial Affairs.

**WHEREFORE,** the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtor's Chapter 13 Plan.

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
Krispen S. Carroll, Chapter 13 Trustee

July 23, 2009          /s/ Maria Gotsis
                KRISPEN S. CARROLL (P49817)
                MARGARET CONTI SCHMIDT (P42945)
                MARIA GOTSIS (P67107)
                719 Griswold Street
                1100 Dime Building
                Detroit, MI  48226
                (313) 962-5035
                notice@det13ksc.com

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT**

**IN THE MATTER OF:**  CHAPTER 13
 CASE NO. 09-57127-SWR
LINDA SUZANNE WARD-HOOPER, JUDGE STEVEN W RHODES
Debtor.

_____/

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

FRANK INDUSTRIES PLLC
117 W 4TH STREET
SUITE 201
ROYAL OAK, MI  48067-0000

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

LINDA SUZANNE WARD-HOOPER
6224 KILGOUR STREET
MARLETTE, MI  48453-0000

July 28, 2009        /s/ Shannon L. Horton
 Shannon L. Horton
 For the Office of the Chapter 13 Trustee-Detroit
 719 Griswold Street
 1100 Dime Building
 Detroit, MI  48226
 (313) 962-5035
 notice@det13ksc.com